# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>V.<br><br>Mohammed, et al.<br>DEFENDANT | CASE No.: CR- 02-3<br><br>DATE INDICTMENT FILED: _____<br><br>VIOLATION: _____<br><br>TAPE NO. 02-3  DATE 1/10/02<br><br>RECORD OF PROCEEDINGS - ARREST ON INDICTMENT |

PROCEEDINGS BEFORE UNITED STATES MAGISTRATE JUDGE __Walsh__

PRESENT: __I. Martine__  __Stephanie Yee__  _____  __Goldblatt__  _____
Deputy Clerk                                          Assistant U.S. Attorney         Interpreter / Language

☐ Defendant informed of charge and right to appointment of counsel, if indigent. Bail review.
☐ Defendant states his/her true name is  ☐ as charged  ☐ is _____
☐ Defendant advised of consequences of false statement in financial affidavit.
☐ Attorney: _____  ☐ Retd  ☐ Apptd..  ☐ DFPD  ☐ Panel  ☐ Poss Contribution Order
☐ BOND SET AT $ _____

**TYPE OF BOND**

☐ Personal Recognizance
    (Signature only - no dollar amount)
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
    ☐ with cash deposit (amount or %) _____
    ☐ with affidavit of surety (no justification) (Form CR-4)
    ☐ with justification affidavit of surety (Form CR-3)
    ☐ with deeding of property
☐ Collateral Bond in amount of $ _____
    (cash or negotiable securities)
☐ Corporate Surety Bond in amount of $_____
    (Corporate Surety Bond requires separate form)
☐ Release NOW and justify by _____
  OR appear before Magistrate Judge _____
  at _____ AM/PM on _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 A.M.
    before Magistrate Judge _____

**CONDITIONS OF RELEASE**

☐ PSA Supervision    ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to _____
☐ Avoid places of egress
☐ Alcohol/Drug testing _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other _____

☐ Court ORDERS medical Abstract issued re: _____
☒ OTHER: Gov. makes an oral motion to unseal search warrants that were filed 1/9/02. Granted.
☐ BOND POSTED: Date _____                Release ORDERED. No. _____

__Isabel Martine__
Magistrate Judge Courtroom Deputy Clerk

cc: PIA Calendar Clerk (Pink)
    U.S. Attorney      (Blue)
    Defendant          (Yellow)
    PSA                (Green)

M-7 (8/97)        RECORD OF PROCEEDINGS - ARREST ON INDICTMENT