```
1  JOHN S. GORDON
   United States Attorney
2  RONALD CHENG
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   MICHAEL J. STERN (Bar No. 194342)
4  CHRISTOPHER BRUNWIN (Bar No. 158939)
   Assistant United States Attorney
5  California Bar Number: 155299
   Narcotics Section
6       1400 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-3898
8
   Attorney for Plaintiff
9  United States of America
```



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 02-0003-CAS |
|---|---|---|
| Plaintiff, | ) | **GOVERNMENT'S NOTICE OF FILING UNDER SEAL AND IN CAMERA** |
| v. | ) | |
| KHALIL MOHAMMED et al., | ) | |
| Defendants. | ) | |

The government hereby gives notice that it has filed a pleading under seal and in camera this day.

DATED: January 31, 2002

Respectfully submitted,

JOHN S. GORDON
United States Attorney

RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division

_____
MICHAEL J. STERN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America



## CERTIFICATE OF SERVICE

I, **SUSANA ZAMBRANO,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **January 31, 2002**, I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage,
a copy of:
**GOVERNMENT'S NOTICE OF FILING UNDER SEAL AND IN CAMERA**
service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**Michael Treman**
(805) 963-3754

**Robert Howard**
United States Probation Office
(213) 894-3627

at **their** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **January 31, 2002**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

(Legal Secretary) Susana Zambrano